# MEMORANDA

OF

*Decisions Rendered During the Period Embraced in This Volume.*

---

MAY PELLETREAU, by WILLIAM MONTAGUE GEER, her Guardian ad Litem, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Pelletreau* v. *Metropolitan Street Ry. Co.,* 74 App. Div. 192, affirmed.
(Argued February 11, 1903; decided March 3, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Albert Stickney, Samuel H. Ordway* and *Albert Stickney, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Not sitting: GRAY, J.

---

FRANK HARMS, as Administrator of the Estate of JOSEPH HARMS, Deceased, Appellant, *v.* HENRY P. BURGARD, Respondent.

*Harms* v. *Burgard,* 66 App. Div. 622, affirmed.
(Argued February 11, 1903; decided March 3, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1901, affirming a judgment in favor of defend-